# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Daniel Torchia, an individual; and Torchia Sales and Marketing, Inc., an Ohio corporation, | Case No. 2:25-cv-01380-RFB-DJA |
| Plaintiffs, | **Order** |
| v. | |
| Karen Caines, an individual; Better Fit Bedding, LLC, a Nevada limited liability company; Chase Austin, an individual, | |
| Defendants. | |
| And related counterclaims. | |

Nathan Lawrence, Esq. and Joseph P. Lawrence, Esq., of the law firm Lawrence & Lawrence Law, PLLC, move to withdraw as counsel for Defendants/Counterclaimants Karen Caines and Better Fit Bedding, LLC ("BFB"), explaining that Caines and BFB have not satisfied their requirements to the firm. (ECF No. 35). Plaintiffs/Counter-defendants Daniel Torchia and Torchia Sales and Marketing, Inc. (the "Torchia Parties") filed a limited opposition to the motion. (ECF No. 36). They argue that the last known address that Lawrence & Lawrence provided for BFB is a UPS Store and that they had previously attempted to serve Caines at the address Lawrence & Lawrence provided, but to no avail. The Torchia Parties ask that any Court order granting Lawrence & Lawrence's motion to withdraw also require BFB to retain counsel within thirty days and require Caines to register an appropriate email for electronic service and provide her actual and current home address where she can be served.

Lawrence & Lawrence reply that they have provided the contact information for Caines and BFB to the best of the firm's knowledge. (ECF No. 37). Lawrence & Lawrence concede that the mailing address for BFB—separate from its registered agent—is a UPS store, but explain that that is the address BFB used in an agreement underlying this litigation and is the active mailing

address for it.  Lawrence & Lawrence add that they have provided BFB's registered agent's address.  Lawrence & Lawrence also point out that the address for Caines appears to be correct given an email attached to the Torchia Parties' response in which their process server noted that the mailbox at the address had Caines' name on it.  Lawrence & Lawrence add that Caines' email is in use and known to the Torchia Parties.

Here, the Court finds that Lawrence & Lawrence has met the requirements of Local Rule IA 11-6(b).  And while the expert deadlines have expired, discovery is open until June 30, 2026. (ECF No. 39).  Additionally, the Torchia Parties do not oppose the withdrawal and neither do Caines or BFB.  While the Torchia Parties have expressed concern with BFB retaining counsel and with contacting Caines, those issues are not yet ripe before the Court.  Because it is a corporation, BFB must retain counsel to proceed in this action.  *See Reading Intern., Inc. v. Malulani Group, Ltd.*, 814 F.3d 1046, 1053 (9th Cir. 2016) (explaining that corporations must be represented by counsel).  And the Court will order that BFB retain counsel or file a status report regarding its retention of counsel within thirty days.  The Court will not, at this time, order Caines to register for electronic service or provide her home address.

**IT IS THEREFORE ORDERED** that Lawrence & Lawrence's motion to withdraw (ECF No. 35) is **granted.**  The Clerk of Court is kindly directed to remove Nathan Lawrence, Esq. and Joseph P. Lawrence, Esq., of the law firm Lawrence & Lawrence Law, PLLC as counsel of record in this action.

**IT IS FURTHER ORDERED** that Better Fit Bedding, LLC must either appear in this case through counsel or file a status report regarding its retention of counsel on or before **July 13, 2026.  Failure to timely comply with this order may result in sanctions.**

///

///

///

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to place Caines and BFB's last known addresses on the docket:

**Karen Caines**
120 Decatur Street
Arlington, Massachusetts 02474
karen@betterfitbedding.com

**Better Fit Bedding, LLC**
c/o Republic Registered Agent LLC
930 South 4th Street, Suite 209
Las Vegas, Nevada 89101
karen@betterfitbedding.com

**Better Fit Bedding, LLC**
450 E. Silverado Ranch Blvd., # 494
Las Vegas, Nevada 89183
karen@betterfitbedding.com

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send a copy of this order to Caines and BFB at the addresses listed above.

DATED: June 12, 2026,

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE